IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| KENNETH ALEXANDER | § | |
| VS. | § | CIVIL ACTION NO. 9:20cv209 |
| DIRECTOR, TDCJ-CID | § | |

MEMORANDUM OPINION AND ORDER REGARDING VENUE

Petitioner Kenneth Alexander, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges a 2016 criminal conviction in the 114th District Court of Smith County, Texas.

Discussion

Petitioner filed this petition for writ of habeas corpus in the federal judicial district in which he was convicted. Pursuant to 28 U.S.C. § 2241(d), a petitioner may bring his petition for writ of habeas corpus in the federal judicial district in which he was convicted or the district in which he is incarcerated. As petitioner was convicted in this district, this court has jurisdiction over the petition.

However, while Smith County is located within the Eastern District of Texas, it is in the Tyler Division, rather than the Lufkin Division. As a result, this case should be transferred to the Tyler Division of this court.

**ORDER**

For the reasons set forth above, it is **ORDERED** that this petition for writ of habeas corpus is **TRANSFERRED** to the Tyler Division of this court.

SIGNED this 30th day of October, 2020.

Zack Hawthorn
United States Magistrate Judge